IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

EMMA MCGOWAN,

            Plaintiff,

v.

JPMORGAN CHASE & CO.,

            Defendant.

Case No. 1:18-cv-08680 (PAC)

[PROPOSED] ORDER

Pursuant to the status conference held in this matter on July 9, 2019, I hereby ORDER the following:

1. Defendant will produce compensation data to Plaintiff by no later than **FRIDAY, JULY 26, 2019.**

2. The parties will provide letter updates to the Court as to the status of ESI by no later than **FRIDAY, JULY 19, 2019.** Regarding any dispute raised by the parties, the Court will rule on submission and enter an order on **TUESDAY, JULY 23, 2019.**

3. The parties will complete fact discovery by no later than **MONDAY, SEPTEMBER 9, 2019.**

4. Mr. Staunton is to be deposed in Ireland. This Order corrects the ECF Minute Entry dated July 10, 2019 which incorrectly states that "Depositions will take place in Ireland."

SO ORDERED.

Dated: 7/11/2019
New York, New York

_____
JUDGE PAUL A. CROTTY
United States District Judge