```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                            :
EMMA MCGOWAN,                                               :
                                                            :
                       Plaintiff,                           :      ORDER
                                                            :
       -v.-                                                 :
                                                            :      18 Civ. 8680 (PAC) (GWG)
JPMORGAN CHASE & CO.,                                       :
                                                            :
                                                            :
                       Defendant.                           :
------------------------------------------------------------x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/20/19

GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE

      Plaintiff shall supply to the Court for in camera inspection an unredacted version of the documents at issue in the motion to compel. The version supplied to the Court shall indicate (through highlighting or other prominent marking) the portions of each document that have been redacted.

      The documents may be supplied in paper form or on a CD disk addressed to the undersigned and delivered to the Courthouse. In the alternative, they may be sent by email as a single text-searchable document. If it is desired to transmit the document by email, counsel should contact Chambers at (212) 805-4260 to obtain an email address for this purpose. The documents shall be supplied at counsel's earliest convenience and no later than November 25, 2019.

      SO ORDERED.

Dated: November 20, 2019
       New York, New York

                                    GABRIEL W. GORENSTEIN
                                    United States Magistrate Judge