UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
EMMA MCGOWAN,

        Plaintiff,

        -v.-

JPMORGAN CHASE & CO.,

        Defendant.
-----------------------------------------------------------------x

ORDER

18 Civ. 8680 (PAC) (GWG)

GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE

For the reasons stated today on the record, defendant's motion to compel (Docket # 56) is granted in part and denied in part.

SO ORDERED.

Dated: December 18, 2019
      New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge