IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EMMA MCGOWAN,<br><br>                Plaintiff,<br><br>v.<br><br>JPMORGAN CHASE BANK, N.A.,<br><br>                Defendant. | Case No. 1:18-cv-08680 (PAC)(GWG)<br><br>[PROPOSED] ORDER<br><br>USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: 1/9/20 |

As the parties have agreed to a revised discovery schedule, I hereby ORDER the following:

1. Document discovery and depositions are to conclude by no later than **WEDNESDAY, JANUARY 8, 2020,** with the exception of (1) the Rule 30(b)(6) Deposition on the steps that JPMC took to identify documents and information responsive to Plaintiff's First Request for the Production of Documents and (2) Defendant's production of any notes in Comp Connect regarding Ms. McGowan and a snapshot of the current organizational structure under Keith Staunton, which shall be completed by **FRIDAY, JANUARY 31, 2020.**

2. Contention interrogatories are to be served on **FRIDAY, FEBRUARY 7, 2020**.

3. Requests to admit are to be served by no later than **FRIDAY, FEBRUARY 7, 2020.**

4. ~~Counsel for the parties will engage in a settlement conference with the Magistrate Judge no later than **FRIDAY, FEBRUARY 14, 2020.**~~

5. Responses to contention interrogatories and requests to admit are due no later than **MONDAY, MARCH 9, 2020,** unless otherwise agreed to by the parties.

6. The parties shall identify any expert witnesses pursuant to Fed. R. Civ. P 26(a)(2)(A) and

provide expert reports pursuant to Fed. R. Civ. P. 26(a)(2)(B) and/or disclosures pursuant to Fed. R. Civ. P. 26(a)(2)(C) by **FRIDAY, MARCH 6, 2020.**

7. The parties' expert rebuttal reports are due by **MONDAY, APRIL 6, 2020.**

8. All expert discovery shall be completed no later than **WEDNESDAY, MAY 6, 2020.** Any letter to Judge Crotty requesting permission to file a summary judgment motion shall be filed on or before **WEDNESDAY, MAY 6, 2020.** If no such letter is filed, all pre-trial order materials are due **WEDNESDAY, MAY 20, 2020.**

SO ORDERED.

Dated: January 9, 2020
New York, New York

JUDGE GABRIEL W. GORENSTEIN
United States District Judge
Magistrate

2