UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
EMMA MCGOWAN,

        Plaintiff,

    -v.-

JPMORGAN CHASE & CO.,

        Defendant.
-----------------------------------------------------------x

ORDER

18 Civ. 8680 (PAC) (GWG)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/5/20

GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE

    Defendant shall supply to the Court for <u>in camera</u> inspection an unredacted version of the documents at issue in the motion to compel (Docket # 81). If an entire document has been withheld, defendant shall supply the entire document. Otherwise, the defendant shall indicate (through highlighting or other prominent marking) the portions of the document that have been redacted.

    It is preferred that the documents be sent by email. Counsel should contact Chambers at (212) 805-4260 to obtain an email address for this purpose. In the alternative, they may be supplied in paper form or on a CD disk addressed to the undersigned and delivered to the Courthouse. The documents shall be supplied at counsel's earliest convenience and no later than March 10, 2020.

    SO ORDERED.

Dated: March 5, 2020
       New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge