IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

EMMA MCGOWAN,

                Plaintiff,

v.

JPMORGAN CHASE BANK, N.A.,

                Defendant.

Civil Action No. 1:18-cv-08680-PAC-GWG

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Emma McGowan ("McGowan") and Defendant JPMorgan Chase Bank N.A., by and through their respective undersigned counsel, jointly stipulate to the dismissal with prejudice of McGowan's claims in the instant action, with each party to bear its own costs and attorneys' fees.

**STIPULATED AND AGREED**

| OUTTEN & GOLDEN LLP | MORGAN, LEWIS & BOCKIUS LLP |
|---|---|
| By: *(signature)* | By: *(signature)* |
| Cara E. Greene | Melissa D. Hill |
| Nina R. Frank | Nicole M. Zito |
| 685 Third Avenue, 25th Floor | 101 Park Avenue |
| New York, New York 10017 | New York, NY 10178-0600 |
| Telephone: (212) 245-1000 | Phone: (212) 309-6000 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| Dated: September 15, 2020 | Dated: September 15, 2020 |